Tanya E, Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Cecil Shaw

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>  Plaintiff,<br><br>  vs.<br><br>BERNARD B. MIRKIN, et al.,<br><br>  Defendants. | No. 5:13-cv-01546-LHK<br><br>**STIPULATION CONTINUING DATES IN SCHEDULING ORDER UNDER GENERAL ORDER 56; [PROPOSED] ORDER** |

**WHEREAS**, on April 5, 2013, the Court issued its Scheduling Order for Cases Asserting Denial of Right of Access under the Americans with Disabilities Act (ECF No. 10) ("the Scheduling Order");

**WHEREAS**, the last date by which the parties must conduct a site inspection of the subject properties is July 19, 2013;

**WHEREAS**, Defendants provided to Plaintiff on June 25, 2013 their consultant's Certified Access Specialist Reports ("Reports") which purports to identify all barriers the consultant found to exist at the properties:

**WHEREAS**, the Parties desire to seek a resolution of Plaintiff's equitable claims based upon the Reports without the additional costs associated with Plaintiff's retention of his own consultant, or the fees associated with the Parties' attendance at the joint site inspection;

**WHEREAS**, the Parties are cautiously optimistic that they will be able to reach a settlement in this matter;

**WHEREAS**, the Parties do not intend to waive Plaintiff's right to retain his own consultant and conduct a joint site inspection of the subject properties should a settlement not be reached, and therefore the Parties simply wish to continue the last date by which the site inspection must be conducted to afford them time to reach an informal resolution;

**WHEREAS**, counsel for Plaintiff will be on vacation for the first two weeks of July, and a site inspection had been scheduled for June 27, 2013.  However, with the provision to Plaintiff of the Reports on June 25, 2013, the Parties seek to continue the date of the site inspection to a mutually agreeable date in later July 2013, again with the hope that the matter will settle in its entirety prior to such date;

**NOW, THEREFORE**, the Parties hereby stipulate that the last date by which the site inspection must be conducted in this action be continued from July 19, 2013 to July 31, 2013.

**IT IS SO STIPULATED**.

Dated:  June 26, 2013                           MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore,
Attorneys for Plaintiff, Cecil Shaw

LAW OFFICE OF MICHAEL ACKERMAN

*/s/ Michael G. Ackerman*
Michael G. Ackerman
Attorney for Defendants
Bernard B. Mirkin and Rosemarie A. Mirkin

CROSBY & CROSBY
A PROFESSIONAL LAW CORPORATION

*/s/ Michael C. Crosby*
Michael C. Crosby,
Attorney for Defendant
LEE'S SANDWICH CORPORATION dba
LEE'S SANDWICHES

STIPULATION CONTINUING DATES IN SCHEDULING ORDER UNDER GENERAL ORDER 56;
[PROPOSED] ORDER

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the last date by which the Parties must conduct a joint site inspection of the subject properties be continued from July 19, 2013 to July 31, 2013.

**IT IS SO ORDERED**.

Dated: July 2, 2013

*Lucy H. Koh*
Lucy H. Koh
United States District Judge