1  Tanya E. Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4
   Attorneys for Plaintiff
5  Cecil Shaw

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 CECIL SHAW,                          ) No.  5:13-cv-01546-LHK
                                        )
12         Plaintiff,                   ) **STIPULATION CONTINUING DATES IN**
                                        ) **SCHEDULING ORDER UNDER**
13      vs.                             ) **GENERAL ORDER 56;** [PROPOSED]
                                        ) **ORDER**
14 BERNARD B. MIRKIN, et al.,           )
                                        )
15         Defendants.                  )
                                        )
16                                      )
                                        )
17 _____ )

18         **WHEREAS**, on April 5, 2013, the Court issued its Scheduling Order for Cases

19 Asserting Denial of Right of Access under the Americans with Disabilities Act (ECF No. 10)

20 ("the Scheduling Order");

21         **WHEREAS**, the last date by which the parties must conduct a site inspection of the

22 subject properties is July 19, 2013;

23         **WHEREAS**, Defendants provided to Plaintiff on June 25, 2013 their consultant's

24 Certified Access Specialist Reports ("Reports") which purports to identify all barriers the

25 consultant found to exist at the properties:

26         **WHEREAS**, the Parties desire to seek a resolution of Plaintiff's equitable claims based

27 upon the Reports without the additional costs associated with Plaintiff's retention of his own

28 consultant, or the fees associated with the Parties' attendance at the joint site inspection;

1    **WHEREAS**, the Parties are cautiously optimistic that they will be able to reach a
2    settlement in this matter;

3    **WHEREAS**, the Parties do not intend to waive Plaintiff's right to retain his own
4    consultant and conduct a joint site inspection of the subject properties should a settlement not
5    be reached, and therefore the Parties simply wish to continue the last date by which the site
6    inspection must be conducted to afford them time to reach an informal resolution;

7    **WHEREAS**, counsel for Plaintiff will be on vacation for the first two weeks of July,
8    and a site inspection had been scheduled for June 27, 2013.  However, with the provision to
9    Plaintiff of the Reports on June 25, 2013, the Parties seek to continue the date of the site
10   inspection to a mutually agreeable date in later July 2013, again with the hope that the matter
11   will settle in its entirety prior to such date;

12   **NOW, THEREFORE**, the Parties hereby stipulate that the last date by which the site
13   inspection must be conducted in this action be continued from July 19, 2013 to July 31, 2013.

14   **IT IS SO STIPULATED**.

15   Dated:  June 26, 2013                    MOORE LAW FIRM, P.C.

               */s/ Tanya E. Moore*
               Tanya E. Moore,
               Attorneys for Plaintiff, Cecil Shaw

               LAW OFFICE OF MICHAEL ACKERMAN

               */s/ Michael G. Ackerman*
               Michael G. Ackerman
               Attorney for Defendants
               Bernard B. Mirkin and Rosemarie A. Mirkin

               CROSBY & CROSBY
               A PROFESSIONAL LAW CORPORATION

               */s/ Michael C. Crosby*
               Michael C. Crosby,
               Attorney for Defendant
               LEE'S SANDWICH CORPORATION dba
               LEE'S SANDWICHES

STIPULATION CONTINUING DATES IN SCHEDULING ORDER UNDER GENERAL ORDER 56;
[PROPOSED] ORDER

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the last date by which the Parties must conduct a joint site inspection of the subject properties be continued from July 19, 2013 to July 31, 2013.

**IT IS SO ORDERED**.

Dated: July 2, 2013

*Lucy H. Koh*
Lucy H. Koh
United States District Judge