United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CECIL SHAW, ) | Case No.: 13-CV-01546-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER TO FILE STIPULATION OF |
| ) | DISMISSAL |
| BERNARD B. MIRKIN, Trustee of the Mirkin ) | |
| Family Revocable Living Trust Agreement dated ) | |
| February 15, 1985, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On July 26, 2013, Plaintiff filed a notice stating that Plaintiff has settled the above-captioned matter with all Defendants. ECF No. 27. Plaintiff requests that he be given until August 25, 2013 to file the dispositional documents. *Id.* The Court hereby ORDERS Plaintiff to file his stipulation of dismissal by August 25, 2013.

**IT IS SO ORDERED.**

Dated: July 28, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-01546-LHK
ORDER TO FILE STIPULATION OF DISMISSAL